B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09–42411**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maria Patino
  11 Diane Ct.
  South Elgin, IL 60177

Social Security / Individual Taxpayer ID No.:
  xxx–xx–9863

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

  It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: February 22, 2010                Kenneth S. Gardner, Clerk
                                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe                  Page 1 of 1                   Date Rcvd: Feb 22, 2010
Case: 09-42411                Form ID: b18                 Total Noticed: 16

The following entities were noticed by first class mail on Feb 24, 2010.
db           +Maria Patino,    11 Diane Ct.,    South Elgin, IL 60177-3063
aty          +Tom Karr,    KSD Law, P.C.,    1328 W 18th Street,    Chicago, IL 60608-3148
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
14701907     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
14701908     +Central Mortgage Co,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,
               Fort Washington, PA 19034-3204
14701911     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14701915    ++HSBC BANK,    PO BOX 52530,    SCHAUMBURG IL 60196-0001
             (address filed with court:   Hsbc Bank,    Po Box 52530,    Carol Stream, IL 60196)

The following entities were noticed by electronic transmission on Feb 22, 2010.
14701907     +EDI: BANKAMER2.COM Feb 22 2010 19:08:00      Bank Of America,    Po Box 1598,
               Norfolk, VA 23501-1598
14701909     +EDI: CHASE.COM Feb 22 2010 19:13:00     Chase,    800 Brooksedge Blv,    Westerville, OH 43081-2822
14701910     +EDI: CHASE.COM Feb 22 2010 19:13:00     Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
14701911     +EDI: CITICORP.COM Feb 22 2010 19:08:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14701912     +EDI: DISCOVER.COM Feb 22 2010 19:08:00      Discover Fin Svcs Llc,    Pob 15316,
               Wilmington, DE 19850-5316
14701914      EDI: GMACFS.COM Feb 22 2010 19:08:00      GMAC,    P.O. Box 9001719,    Louisville, KY 40290-1719
14701913     +EDI: RMSC.COM Feb 22 2010 19:08:00     Gemb/walmart,    Po Box 981400,    El Paso, TX 79998-1400
14701916     +EDI: HFC.COM Feb 22 2010 19:08:00     Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,
               Bridge Water, NJ 08807-0985
14701917      EDI: RMSC.COM Feb 22 2010 19:08:00     J.C. Penny,    P.O. Box 960090,    Orlando, FL 32896-0090
14701918      EDI: WTRRNBANK.COM Feb 22 2010 19:08:00      Target National Bank,    P.O. Box 59317,
               Minneapolis, MN 55459-0317
14701919     +EDI: WTRRNBANK.COM Feb 22 2010 19:08:00      Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2010**                    **Signature:**    *Joseph Speetjens*